

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00238-CV

---

In re Richard Terence Jenkins, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

Relator, Richard Terrence Jenkins, has filed a petition for writ of mandamus and emergency motion asking this Court for an "immediate order staying all enforcement activity in Justice Court" Precinct Four, including "any further action under any writ of possession."[1] We

---

[1] Although Jenkins's mandamus petition asserts that he seeks relief against the Honorable Rebecca Bustamante, Justice of the Peace, Precinct Four, El Paso County, Texas, trial court cause number 426-00117-FED, he did not otherwise provide a sworn mandamus record containing copies of necessary documents as required by the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 52.3(k)(1)(B), 52.7(a)(1). We therefore resolve the petition on Jenkins's bare assertion that he seeks relief against a judge of a justice court, as no other information is provided.

dismiss the petition for lack of jurisdiction because it seeks mandamus relief against the justice court, and we dismiss the emergency motion as moot.

As an initial matter, an appellate court may issue a writ of mandamus "against a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district." Tex. Gov't Code § 22.221(b). An appellate court may also issue a writ of mandamus if it is "necessary to enforce the jurisdiction of the court." *Id*. § 22.221(a); *In re Anguiano*, No. 13-23-00490-CV, 2023 WL 7932474, at *1 (Tex. App.—Corpus Christi–Edinburg Nov. 16, 2023, orig. proceeding) (mem. op.). Here, Jenkins's petition requests that this Court issue a writ of mandamus against a justice court—a court over which we lack jurisdiction—and makes no showing that the issuance of a writ of mandamus against the justice court is necessary to enforce our jurisdiction. Tex. Gov't Code § 22.221(a)–(c); *see In re Castro*, No. 02-23-00489-CV, 2024 WL 23627, at *1 (Tex. App.—Fort Worth Jan. 2, 2024, orig. proceeding) (mem. op.) (dismissing petition for writ of mandamus for want of jurisdiction over a justice of the peace); *Anguiano*, 2023 WL 7932474, at *1 (dismissing petition seeking issuance of writ of mandamus against a justice of the peace for want of jurisdiction when the relator failed to show such a writ was necessary to enforce the court's jurisdiction).

Accordingly, we dismiss the petition for want of jurisdiction. We dismiss the motion for emergency relief as moot.

GINA M. PALAFOX, Justice

June 4, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

2